VERNON PARK REALTY, INC., Respondent, *v.* CITY OF MOUNT VERNON, Appellant.

Submitted January 4, 1954; decided January 21, 1954.

*Harry Zimmerman, Corporation Counsel (William Macy* of counsel), for motion.

*William F. Bleakley,* opposed.

Motion denied upon the ground that an appeal lies as of right.